RECEIVED

JUL 2 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **JOHNNY DEKEON EDWARDS**<br>D.O.C. # 510282 | : | **DOCKET NO. 13-cv-1934** |
| **VERSUS** | : | **JUDGE WALTER** |
| **N. BURL CAIN** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED,** and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

**THUS DONE** this __18__ day of __July__, 2016.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE